# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re: §
§
WINFIELD, FLORENCE T § Case No. 08-18020
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 08-18020 | Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | WINFIELD, FLORENCE T | | Date Filed (f) or Converted (c): | 07/13/08 (f) |
| | | | 341(a) Meeting Date: | 08/12/08 |
| For Period Ending: | 07/26/14 | | Claims Bar Date: | 01/20/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 185,000.00 | 0.00 | OA | 0.00 | FA |
| Order compelling Trustee to abandon property (9/12/08) | | | | | |
| 2. CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3. checking account at Charter One | 200.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS AND ART OBJECTS | 200.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL AND JEWELRY | 600.00 | 0.00 | | 0.00 | FA |
| 7. 1990 Mercedes | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 1999 MBWZ-3 | 7,000.00 | 0.00 | | 0.00 | FA |
| 9. Lawsuit v. broker, title company | Unknown | 0.00 | | 10,000.00 | FA |
| Debtor filed pre-petition lawsuit in DuPage County against former lawyer and mortgage broker for misapplied funds relating to a sale of real estate in 2006. | | | | | |
| 10. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.02 | Unknown |
| TOTALS (Excluding Unknown Values) | $197,050.00 | $0.00 | | $10,001.02 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained special counsel to prosecute the lawsuit. Trustee settled with one defendant (Healy) pursuant to a court order dated 7/21/11 and collected $10,000.00. Trustee settled with other defendant (Arwady) in November 2012 for $7,500.00. Trustee with assistance of her special counsel pursued collection of the Arwady settlement. Mr. Arwady subsequently filed bankruptcy. Trustee determined the Arwady settlement balance is uncollectable. Judgment was entered against 3rd defendant in the amount of $83,256.76. Trustee's special counsel pursued post-judgment remedies, including

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 08-18020    Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WINFIELD, FLORENCE T | Date Filed (f) or Converted (c): | 07/13/08 (f) |
| | | 341(a) Meeting Date: | 08/12/08 |
| | | Claims Bar Date: | 01/20/09 |

a citation to discover assets.    Special counsel did not find any recoverable assets.    Trustee reviewed claims.

Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-18020 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | WINFIELD, FLORENCE T | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1160 Checking - Non Interest |
| Taxpayer ID No: | *******5322 | | | |
| For Period Ending: | 07/26/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,845.74 | | 9,845.74 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.44 | 9,842.30 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.27 | 9,836.03 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.06 | 9,829.97 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.26 | 9,823.71 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,809.11 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 8.78 | 9,800.33 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.17 | 9,787.16 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.55 | 9,772.61 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,758.55 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.51 | 9,744.04 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,730.02 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.47 | 9,715.55 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.44 | 9,701.11 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,687.15 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.40 | 9,672.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.92 | 9,658.83 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.36 | 9,644.47 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.34 | 9,630.13 |
| 02/15/14 | 010002 | International Sureties Ltd 701 Polydras St. #420 New Orleans LA 70139 | Bond premiun bond #016026455 | 2300-000 | | 9.15 | 9,620.98 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.93 | 9,608.05 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.28 | 9,593.77 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.80 | 9,579.97 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.24 | 9,565.73 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.76 | 9,551.97 |

Page Subtotals  9,845.74  293.77

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-18020 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | WINFIELD, FLORENCE T | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******1160  Checking - Non Interest |
| Taxpayer ID No: | *******5322 |  |  |
| For Period Ending: | 07/26/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | COLUMN TOTALS | 9,845.74 | 293.77 | 9,551.97 |
|  |  |  | Less: Bank Transfers/CD's | 9,845.74 | 0.00 |  |
|  |  |  | Subtotal | 0.00 | 293.77 |  |
|  |  |  | Less: Payments to Debtors |  | 0.00 |  |
|  |  |  | Net | 0.00 | 293.77 |  |

Page Subtotals     0.00     0.00

FORM 2

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 08-18020 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | WINFIELD, FLORENCE T | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6009  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5322 | | | |
| For Period Ending: | 07/26/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/25/11 | 9 | Mike Healy | Settlement with Debtor | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 10,000.01 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.09 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.17 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.43 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,987.51 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,975.20 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,975.28 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,962.98 |
| 01/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,963.07 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.07 | 9,950.00 |
| 02/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,950.08 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 13.17 | 9,936.91 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.83 | 9,925.08 |
| 03/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,925.16 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.21 | 9,912.95 |
| 04/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,913.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.59 | 9,900.44 |
| 05/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,900.52 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.58 | 9,887.94 |
| 06/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,888.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.75 | 9,876.27 |
| 07/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,876.36 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.95 | 9,863.41 |
| 08/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,863.49 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.53 | 9,850.96 |
| 09/14/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 9,850.99 |

Page Subtotals          10,001.02      150.03

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.00b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 08-18020 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | WINFIELD, FLORENCE T | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6009  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5322 | | |
| For Period Ending: | 07/26/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 5.25 | 9,845.74 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,845.74 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 10,001.02 | 10,001.02 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 9,845.74 | |
| Subtotal | 10,001.02 | 155.28 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,001.02 | 155.28 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - Non Interest - ********1160 | 0.00 | 293.77 | 9,551.97 |
| Money Market - Interest Bearing - ********6009 | 10,001.02 | 155.28 | 0.00 |
| | 10,001.02 | 449.05 | 9,551.97 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 07/26/14

BRENDA PORTER HELMS, TRUSTEE

Page Subtotals    0.00    9,850.99

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 18.00b

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 26, 2014 |

Case Number: 08-18020  
Debtor Name: WINFIELD, FLORENCE T

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Donner & Company Law Office | Administrative | | $3,333.00 | $0.00 | $3,333.00 |
| 001<br>3220-61 | Donner & Company Law Office | Administrative | | $4,134.99 | $0.00 | $4,134.99 |
| 001<br>2100-00 | Brenda Porter Helms, Trustee | Administrative | | $1,750.10 | $0.00 | $1,750.10 |
| 001<br>2200-00 | Brenda Porter Helms, Trustee | Administrative | | $34.21 | $0.00 | $34.21 |
| | Subtotal for Priority 001 | | | $9,252.30 | $0.00 | $9,252.30 |
| 1<br>070<br>7100-00 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington DE 19850 | Unsecured | | $2,725.38 | $0.00 | $2,725.38 |
| 2<br>070<br>7100-00 | American Express Bank FSB<br>c/o Beckett and Lee LLP<br>POP 3001<br>Malvern PA 19355 | Unsecured | | $8,037.93 | $0.00 | $8,037.93 |
| 3<br>070<br>7100-00 | US Bank/Retail Payment Solutions<br>P.O. Box 5229<br>Cincinnati OH 45201 | Unsecured | | $5,962.56 | $0.00 | $5,962.56 |
| 4<br>070<br>7100-00 | eCAST Settlement Corp as assignee of<br>Household Finance Corp<br>P.O. Box 35480<br>Newark NJ 07193 | Unsecured | | $20,379.65 | $0.00 | $20,379.65 |
| 5<br>070<br>7100-00 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Unsecured | | $10,209.06 | $0.00 | $10,209.06 |
| 6<br>070<br>7100-00 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington DE 19850 | Unsecured | | $5,462.58 | $0.00 | $5,462.58 |
| 7<br>070<br>7100-00 | Roundup Funding LLC<br>MS 550<br>P.O. Box 91121<br>Seattle WA 98111 | Unsecured | | $179.39 | $0.00 | $179.39 |
| 8<br>070<br>7100-00 | Schenk Annes Brookman & Tepper Ltd<br>311 S. Wacker Dr. #5125<br>Chicago IL 60606 | Unsecured | | $6,800.00 | $0.00 | $6,800.00 |
| | Subtotal for Priority 070 | | | $59,756.55 | $0.00 | $59,756.55 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: July 26, 2014 |

Case Number:   08-18020                                    Priority Sequence
Debtor Name:   WINFIELD, FLORENCE T

| Code # | Creditor Name & Address | Claim Class | Notes | | | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|---|---|
| BOND 999 2300-00 | Intrenational Sureties Ltd. | Administrative | | | | $31.10 | $31.10 | $0.00 |
| | | | 4437476009 | 02/29/12 | 101 | | 13.17 | |
| | | | 2223271160 | 02/15/13 | 10001 | | 8.78 | |
| | | | 2223271160 | 02/15/14 | 10002 | | 9.15 | |
| | Subtotal for Priority 999 | | | | | $31.10 | $31.10 | $0.00 |
| | Case Totals: | | | | | $69,039.95 | $31.10 | $69,008.85 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-18020
Case Name: WINFIELD, FLORENCE T
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                           $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |
| Other: Donner & Company Law Office | $ | $ | $ |
| Other: Donner & Company Law Office | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA NA | $ | $ | $ |
| 2 | American Express Bank FSB | $ | $ | $ |
| 3 | US Bank/Retail Payment Solutions | $ | $ | $ |
| 4 | eCAST Settlement Corp as assignee of | $ | $ | $ |
| 5 | Chase Bank USA | $ | $ | $ |
| 6 | Chase Bank USA NA | $ | $ | $ |
| 7 | Roundup Funding LLC | $ | $ | $ |
| 8 | Schenk Annes Brookman & Tepper Ltd | $ | $ | $ |

Total to be paid to timely general unsecured creditors         $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE