# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WINFIELD, FLORENCE T | § | Case No. 08-18020 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              CLERK OF THE COURT
              219 s. DEARBORN STREET
              CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/26/2014 in Courtroom 240,
              Kane County Courthouse
              100 S. Third Street
              Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/26/2014                By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
WINFIELD, FLORENCE T § Case No. 08-18020
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,001.02 |
| and approved disbursements of | $ | 449.05 |
| leaving a balance on hand of[1] | $ | 9,551.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,500.20 | $ 0.00 | $ 3,219.38 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 68.42 | $ 0.00 | $ 62.93 |
| Other: Intreational Sureties Ltd. | $ 31.10 | $ 31.10 | $ 0.00 |
| Other: Donner & Company Law Office | $ 3,333.00 | $ 0.00 | $ 2,798.18 |
| Other: Donner & Company Law Office | $ 4,134.99 | $ 0.00 | $ 3,471.48 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,551.97 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,756.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA NA | $ 2,725.38 | $ 0.00 | $ 0.00 |
| 2 | American Express Bank FSB | $ 8,037.93 | $ 0.00 | $ 0.00 |
| 3 | US Bank/Retail Payment Solutions | $ 5,962.56 | $ 0.00 | $ 0.00 |
| 4 | eCAST Settlement Corp as assignee of | $ 20,379.65 | $ 0.00 | $ 0.00 |
| 5 | Chase Bank USA | $ 10,209.06 | $ 0.00 | $ 0.00 |
| 6 | Chase Bank USA NA | $ 5,462.58 | $ 0.00 | $ 0.00 |
| 7 | Roundup Funding LLC | $ 179.39 | $ 0.00 | $ 0.00 |
| 8 | Schenk Annes Brookman & Tepper Ltd | $ 6,800.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms  
                                      Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                      Case No. 08-18020-DRC
Florence T Winfield                                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 2              Date Rcvd: Aug 27, 2014
                               Form ID: pdf006            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2014.
```
db              Florence T Winfield,   1 S 2 253 Michigan Ave,   Villa Park, IL  60181
12407683       +All Systems Furniture Install,   76 S. Montgomery Ave,   Bay Shore, NY 11706-8833
12407684        American Express,   PO Box 0001,   Los Angeles, CA  90096-0001
12840189        American Express Bank FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12407685        Bank of America Card,   Attn Bankruptcy Dept,   PO Box 1516,   Newark, NJ  07101-1516
14349701        CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE  19850-5145
12407686       +Chase Bank USA,   Attn Legal-Bankruptcy Dpt,   131 S. Dearborn St  5th Floor,
                 Chicago, IL 60603-5520
12407687        Chase Card,   Attn Bankruptcy Dept,   PO Box 15298,   Wilmington, DE  19850-5298
12407688        Chase Card-BP Card,   PO Box 15298,   Wilmington, DE  19850-5298
12407689       +Dr. Arum Ohri,   7447 W. Talcott Ave  #209,   Chicago, IL 60631-3713
12407690       +Dr. Paul Fahrenbach,   7447 W. Talcott Ave  #209,   Chicago, IL 60631-3713
12407692       +Gottlieb Memorial Hospital,   Attn Patient Accts,   701 W. North Ave,
                 Melrose Park, IL 60160-1699
12407693       +Household Bank,   Attn Bankruptcy Dept,   PO Box 17574,   Baltimore, MD 21297-1574
12407694       +Household Finance,   Attn Bankruptcy Dept,   1001 75th St,   Woodridge, IL 60517-2608
12407695       +John D. Kopczyk LTD,   65 E. Wacker Place #1400,   Chicago, IL 60601-7239
12407696       +Kamm, Shapiro & Blumenthal,   Acct: Harris Bank,   318 W. Adams St #1700,
                 Chicago, IL 60606-5173
12407697       +Law Office Dorian Lasaine Asso,   Acct: Vista Medical Ctr East,   456 Fulton St  210 Twin Towers,
                 Peoria, IL 61602-1274
12407691       +Law Office of Friedman & Wexle,   RE Shenk Anne Brookman Tipper,   500 W. Madison St, #2910,
                 Chicago, IL 60661-4571
12407698       +Litton Loan Servicing LP,   PO Box 829009,   Dallas, TX 75382-9009
12407699        Macys Stores,   PO Box 689195,   Des Moines , IA  50368-9195
12407700        Mail Assurance Service,   Acct: Quest Diagnostic,   2269 Saw Mill River Rd  Bld 3,
                 Elmsford, NY  10523-3832
12407701       +Michael Healy,   120 Lisk,   Hainesville, IL 60030-3630
12407702        Midwest Clinical Imaging,   Dept 4418,   Carol Stream, IL  60122-4418
12407705       +Professional Account Services,   Acct: Visa Medical Ctr East,   PO Box 188,
                 Brentwood, TN 37024-0188
12407704       +Professional Account Services,   Acct: Vista Medical Ctr East,   PO Box 188,
                 Brentwood, TN 37024-0188
12407706        Retail Services-Carson-Pirie S,   Attn Bankruptcy Dept,   PO Box 15521,
                 Wilmington, DE  19850-5521
12407708      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
                (address filed with court:  U.S. Bank,   Attn Bankruptcy Dept,   PO Box 790408,
                 St. Louis, MO  63179-0408)
12865824       +US BANK / RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OH 45201-5229
12407709        Victoria Secret WFFNB,   Attn Bankruptcy Dept,   PO Box 659728,   San Antonio, TX  78265-9728
12925545        eCAST Settlement Corporation assignee of,   Household Finance Corporation,   POB 35480,
                 Newark NJ 07193-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12830331       +E-mail/Text: bncmail@w-legal.com Aug 28 2014 00:55:32      CHASE BANK USA,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12407690       +E-mail/Text: gigi_chgo@hotmail.com Aug 28 2014 00:54:17      Dr. Paul Fahrenbach,
                 7447 W. Talcott Ave  #209,   Chicago, IL 60631-3713
12407703       +E-mail/Text: bnc@nordstrom.com Aug 28 2014 00:54:33      Nordstrom,   Attn Bankruptcy Dept,
                 PO Box 6555,   Englewood, CO 80155-6555
13038083        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2014 01:02:07      Roundup Funding, LLC,
                 MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Donner & Company Law Office LLC
13038369      ##+Schenk, Annes, Brookman & Tepper, Ltd.,   311 S. Wacker Dr., Suite 5125,   Chicago, IL 60606-6657
12407707      ##+Shenk Annes Brookman Tipper,   311 S. Wacker Drive,   Suite #5125,   Chicago, IL 60606-6657
12407710       ##Wells Fargo Acceptance,   Attn Bankruptcy Dept,   2021 Midwest Road,   Oak Brook, IL 60523-1691
                                                                                 TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina              Page 2 of 2              Date Rcvd: Aug 27, 2014
                              Form ID: pdf006            Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2014                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2014 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard S Bass    on behalf of Debtor Florence T Winfield rbass@corpoffices.com
              Ted A. Donner    on behalf of Trustee Brenda Porter Helms, ESQ tdonner@donnerco.com
              Terri M Long    on behalf of Creditor   Litton Loan Servicing, LP Courts@tmlong.com
                                                                                             TOTAL: 6
```