# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                              §
                                    §
WINFIELD, FLORENCE T                §     Case No. 08-18020
                                    §
          Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $                (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Law Office of Friedman & Wexler |  |  |  |  |  |
|  | Litton Loan Service |  |  |  |  |  |
|  | Litton Loan Service |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Shenk Annes Brookman Tipper | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| BRENDA PORTER HELMS, TRUSTEE | | | | | |
| INTRENATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| DONNER & COMPANY LAW OFFICE | | | | | |
| DONNER & COMPANY LAW OFFICE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | All Systems Furniture Install | | | | | |
| | Bank of America Card | | | | | |
| | Chase Bank USA | | | | | |
| | Dr. Arum Ohri | | | | | |
| | Dr. Paul Fahrenbach | | | | | |
| | Gottlieb Memorial Hospital | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Household Bank | | | | | |
| | John D. Kopczyk Ltd. | | | | | |
| | Kam Shapiro & Blumenthal | | | | | |
| | Law Office Doriane Lasaine Asso | | | | | |
| | Macys Stores | | | | | |
| | Mail Assurance | | | | | |
| | Michael Healy | | | | | |
| | Midwest Clinical Im | | | | | |
| | Nordstrom | | | | | |
| | Prof. Account Serv | | | | | |
| | Prof. Account Serv | | | | | |
| | Prof. Account Serv | | | | | |
| | Retail Serv-Carsons | | | | | |
| | Victoria Secret WFFNB | | | | | |
| | Wells Fargo | | | | | |
| 2 | AMERICAN EXPRESS BANK FSB | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CHASE BANK USA | | | | | |
| 1 | CHASE BANK USA NA | | | | | |
| 6 | CHASE BANK USA NA | | | | | |
| 4 | ECAST SETTLEMENT CORP AS ASSIGNEE O | | | | | |
| 7 | ROUNDUP FUNDING LLC | | | | | |
| 8 | SCHENK ANNES BROOKMAN & TEPPER LTD | | | | | |
| 3 | US BANK/RETAIL PAYMENT SOLUTIONS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 08-18020 | Judge: DONALD R. CASSLING |
|---|---|---|
| Case Name: | WINFIELD, FLORENCE T | |

For Period Ending:  12/02/14

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 07/13/08 (f) |
| 341(a) Meeting Date: | 08/12/08 |
| Claims Bar Date: | 01/20/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | REAL PROPERTY | 185,000.00 | 0.00 | OA | 0.00 | FA |
| | Order compelling Trustee to abandon property (9/12/08) | | | | | |
| 2. | CASH ON HAND | 50.00 | 0.00 | | 0.00 | FA |
| 3. | checking account at Charter One | 200.00 | 0.00 | | 0.00 | FA |
| 4. | HOUSEHOLD GOODS AND FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. | BOOKS AND ART OBJECTS | 200.00 | 0.00 | | 0.00 | FA |
| 6. | WEARING APPAREL AND JEWELRY | 600.00 | 0.00 | | 0.00 | FA |
| 7. | 1990 Mercedes | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. | 1999 MBWZ-3 | 7,000.00 | 0.00 | | 0.00 | FA |
| 9. | Lawsuit v. broker, title company | Unknown | 0.00 | | 10,000.00 | FA |
| | Debtor filed pre-petition lawsuit in DuPage County against former lawyer and mortgage broker for misapplied funds relating to a sale of real estate in 2006. | | | | | |
| 10. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.02 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $197,050.00 | $0.00 | | $10,001.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained special counsel to prosecute the lawsuit. Trustee settled with one defendant (Healy) pursuant to a

court order dated 7/21/11 and collected $10,000.00.  Trustee settled with other defendant (Arwady) in November 2012 for

$7,500.00.  Trustee with assistance of her special counsel pursued collection of the Arwady settlement. Mr. Arwady

subsequently filed bankruptcy.  Trustee determined the Arwady settlement balance is uncollectable.  Judgment was entered

against 3rd defendant in the amount of $83,256.76.  Trustee's special counsel pursued post-judgment remedies, including

Ver: 18.03a

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 08-18020 | Judge: DONALD R. CASSLING | |
| Case Name: | WINFIELD, FLORENCE T | | |

Trustee Name:                          BRENDA PORTER HELMS, TRUSTEE
Date Filed (f) or Converted (c):    07/13/08 (f)
341(a) Meeting Date:                 08/12/08
Claims Bar Date:                      01/20/09

a citation to discover assets.   Special counsel did not find any recoverable assets.   Trustee reviewed claims.

TFR filed; final hearing scheduled for September 26, 2014.  funds distributed to creditors 9/30/14. Waiting for -0-
balance bank statement

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 12/31/15

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 18.03a

FORM 2   Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 08-18020 -CAS | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Case Name: | WINFIELD, FLORENCE T | | | Bank Name: | ASSOCIATED BANK | |
| | | | | Account Number / CD #: | *******1160  Checking - Non Interest | |
| Taxpayer ID No: | *******5322 | | | | | |
| For Period Ending: | 12/02/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 9,845.74 | | 9,845.74 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.44 | 9,842.30 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.27 | 9,836.03 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.06 | 9,829.97 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 6.26 | 9,823.71 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.60 | 9,809.11 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 8.78 | 9,800.33 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.17 | 9,787.16 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.55 | 9,772.61 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.06 | 9,758.55 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.51 | 9,744.04 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.02 | 9,730.02 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.47 | 9,715.55 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.44 | 9,701.11 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.96 | 9,687.15 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.40 | 9,672.75 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.92 | 9,658.83 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.36 | 9,644.47 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.34 | 9,630.13 |
| 02/15/14 | 010002 | International Sureties Ltd | Bond premiun bond #016026455 | 2300-000 | | 9.15 | 9,620.98 |
| | | 701 Polydras St.  #420 | | | | | |
| | | New Orleans LA 70139 | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.93 | 9,608.05 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.28 | 9,593.77 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.80 | 9,579.97 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.24 | 9,565.73 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.76 | 9,551.97 |
| 09/30/14 | 010003 | Brenda Porter Helms, Trustee | Trustee Compensation | 2100-000 | | 1,750.10 | 7,801.87 |

| | | | | | |
|---|---|---|---|---|---|
| | | Page Subtotals | | 9,845.74 | 2,043.87 |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-18020 -CAS | |
| Case Name: | WINFIELD, FLORENCE T | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******1160  Checking - Non Interest | |

| | |
|---|---|
| Taxpayer ID No: | *******5322 |
| For Period Ending: | 12/02/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/14 | 010004 | Brenda Porter Helms, Trustee | Trustee Expenses | 2200-000 | | 34.21 | 7,767.66 |
| 09/30/14 | 010005 | Donner & Company Law Office | Special Counsel for Trustee Fees | 3210-600 | | 3,333.00 | 4,434.66 |
| 09/30/14 | 010006 | Donner & Company Law Office | Special Counsel for Trustee Expense | 3220-610 | | 4,134.99 | 299.67 |
| 09/30/14 | 010007 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington DE 19850 | Claim 1, Payment 0.50158% | 7100-000 | | 13.67 | 286.00 |
| 09/30/14 | 010008 | American Express Bank FSB<br>c/o Beckett and Lee LLP<br>POP 3001<br>Malvern PA 19355 | Claim 2, Payment 0.50150% | 7100-000 | | 40.31 | 245.69 |
| 09/30/14 | 010009 | US Bank/Retail Payment Solutions<br>P.O. Box 5229<br>Cincinnati OH 45201 | Claim 3, Payment 0.50146% | 7100-000 | | 29.90 | 215.79 |
| 09/30/14 | 010010 | eCAST Settlement Corp as assignee of<br>Household Finance Corp<br>P.O. Box 35480<br>Newark NJ 07193 | Claim 4, Payment 0.50148% | 7100-000 | | 102.20 | 113.59 |
| 09/30/14 | 010011 | Chase Bank USA<br>P.O. Box 15145<br>Wilmington DE 19850 | Claim 5, Payment 0.50152% | 7100-000 | | 51.20 | 62.39 |
| 09/30/14 | 010012 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington DE 19850 | Claim 6, Payment 0.50141% | 7100-000 | | 27.39 | 35.00 |
| 09/30/14 | 010013 | United States Bankruptcy Court<br>IL | Claim 7, Payment 0.50170%<br>Roundup Funding LLC<br>MS 550<br>P.O. Box 91121<br>Seattle WA 98111 | 7100-000 | | 0.90 | 34.10 |
| 09/30/14 | 010014 | Schenk Annes Brookman & Tepper Ltd<br>311 S. Wacker Dr.  #5125 | Claim 8, Payment 0.50147% | 7100-000 | | 34.10 | 0.00 |

| | | | | Page Subtotals | 0.00 | 7,801.87 | |

Ver: 18.03a

Page:   3

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 08-18020 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WINFIELD, FLORENCE T | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1160  Checking - Non Interest |
| Taxpayer ID No: | *******5322 | | |
| For Period Ending: | 12/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago IL 60606 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 9,845.74 | 9,845.74 | 0.00 |
| Less:  Bank Transfers/CD's | | 9,845.74 | 0.00 | |
| Subtotal | | 0.00 | 9,845.74 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 9,845.74 | |

Page Subtotals                     0.00                 0.00

Ver: 18.03a

FORM 2                                                                     Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-18020 -CAS | |
| Case Name: | WINFIELD, FLORENCE T | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6009  Money Market - Interest Bearing |

| | |
|---|---|
| Taxpayer ID No: | *******5322 |
| For Period Ending: | 12/02/14 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/25/11 | 9 | Mike Healy | Settlement with Debtor | 1129-000 | 10,000.00 | | 10,000.00 |
| 08/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 10,000.01 |
| 09/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.09 |
| 10/31/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.17 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.74 | 9,987.43 |
| 11/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,987.51 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.31 | 9,975.20 |
| 12/30/11 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,975.28 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.30 | 9,962.98 |
| 01/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,963.07 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.07 | 9,950.00 |
| 02/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,950.08 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 13.17 | 9,936.91 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.83 | 9,925.08 |
| 03/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,925.16 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.21 | 9,912.95 |
| 04/30/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,913.03 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.59 | 9,900.44 |
| 05/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,900.52 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.58 | 9,887.94 |
| 06/29/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,888.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 11.75 | 9,876.27 |
| 07/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,876.36 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.95 | 9,863.41 |
| 08/31/12 | 10 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,863.49 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 12.53 | 9,850.96 |
| 09/14/12 | 10 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 9,850.99 |
| | | | | | | | |
| | | | Page Subtotals | | 10,001.02 | 150.03 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   5

Exhibit 9

| Case No: | 08-18020 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | WINFIELD, FLORENCE T | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6009  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5322 | | |
| For Period Ending: | 12/02/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 5.25 | 9,845.74 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 9,845.74 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,001.02 | 10,001.02 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 9,845.74 | |
| Subtotal | 10,001.02 | 155.28 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,001.02 | 155.28 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking - Non Interest - *******1160 | 0.00 | 9,845.74 | 0.00 |
| Money Market - Interest Bearing - *******6009 | 10,001.02 | 155.28 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,001.02 | 10,001.02 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____   Date: 12/02/14
                     BRENDA PORTER HELMS, TRUSTEE

Page Subtotals      0.00          9,850.99

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*